AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PIVOT INNOVATIONS, LLC <br><br> *Plaintiff(s)* <br> v. <br> AVIKUS USA, INC <br><br> *Defendant(s)* | ))))))))))))) Civil Action No. 25-CV-61470 SINGHAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AVIKUS USA, INC
By Serving Registered Agent
Paul Petani
2019 SW 20th Street
Suite 208
Fort Lauderdale, FL 33315

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Barbra Stern, Esquire
Law Office of Barbra Stern
808 E. Las Olas Blvd., Suite 102
Fort Lauderdale, FL 33301
(954) 239-7249
barbra@sternlawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jul 23, 2025  _____

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

**SUMMONS**